**ORIGINAL**

FILED

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0531

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0531

JOEL BROOKS THORNTON,

      Petitioner,

v.

MARK JOHNSON, FACILITY
ADMINISTRATOR, BUTTE-SILVER BOW
COUNTY DETENTION FACILITY,

      Respondent.

**FILED**

OCT 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Joel Brooks Thornton has filed a Petition for Writ of Habeas Corpus, indicating his bail is excessive and his sentence is illegal, and requesting release on his own recognizance to seek chemical dependency or mental health treatment. Thornton attached and supplemented his petition with various documents, including a "Petition for Speedy Trial" previously filed in the Silver Bow Justice Court, but does not otherwise articulate an argument connecting these documents to his petition.

On February 8, 2023, the Silver Bow County Justice Court issued an arrest warrant for Thornton to appear on the charged offense of aggravated animal cruelty, pursuant to § 45-8-217, MCA, and imposed a $20,000 bond. This offense has a maximum punishment of two years. Section 45-8-211(2)(a), MCA. We secured a copy of the register of actions from District Court for his pending case. The District Court granted the State leave to file an Information, noted bail of $20,000, set arraignment, and appointed counsel on March 30, 2023. His counsel filed an unopposed motion to set a bail or bond hearing in May. Since then, Thornton had a change of plea hearing on September 6, 2023.

Habeas corpus affords applicants an opportunity to collaterally challenge the legality of their present incarceration. *Lott v. State*, 2006 MT 279, ¶ 9, 334 Mont. 270, 150 P.3d 337. Thornton does not present any other supporting documentation or argument

concerning the amount of his bail. Thornton has not demonstrated want of bail, pursuant to § 46-22-103, MCA, because the Justice Court imposed an amount initially. This Court has determined that a district court has the discretion to grant or deny release and bail as well as to set conditions. *Grafft v. Mont. Fourth Judicial Dist. Ct.*, 2021 MT 201, ¶ 11, 405 Mont. 192, 492 P.3d 1213. Thornton should relay his concerns to his appointed counsel and not file writs on his own behalf while he is represented by counsel. M. R. App. P. 10(1)(c). We conclude Thornton has not demonstrated entitlement to release or habeas corpus relief on the claims he has presented here. Section 46-22-101(1), MCA. Accordingly,

IT IS ORDERED that Thornton's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Robert J. Whelan, Second Judicial District Court, Butte-Silver Bow County; Beth Parks, Clerk of District Court, under Cause No. DC-23-84; Kaitlyn Lamb, Deputy County Attorney; Mark Johnson, Defense Counsel; counsel of record, and Joel Brooks Thornton personally.

DATED this 10 day of October, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2